```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

   -against-

IYUNDAH POWELL,

        Defendant.

21 CR 792 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The status conference is the above-referenced matter scheduled for January 14, 2022, at 4:00 p.m. is rescheduled to 12:00 p.m. In light of the ongoing public health emergency, the conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
           January 10, 2022

                                              Victor Marrero
                                                U.S.D.J.