**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22
```

UNITED STATES OF AMERICA,

    -against-

IYUNDAH POWELL,

    Defendant.

21 CR 792 (VM)

ORDER

**VICTOR MARRERO, U.S.D.J.:**

The parties request a 30-day adjournment of the status in this matter scheduled for April 22, 2022. (Dkt. No. 11.) Defense counsel also consents to an exclusion of time under the Speedy Trial Act until the next adjournment. (Dkt. No. 12.)

It is hereby ordered that the conference scheduled for April 22, 2022, is adjourned to May 27, 2022, at 12:00 p.m. It is further ordered that time until May 27, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    New York, New York
           April 20, 2022

_____
Victor Marrero
U.S.D.J.