**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

UNITED STATES OF AMERICA,

   -against-

IYUNDAH POWELL,

     Defendant.

**21 CR 792 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

  The parties request a 30-day adjournment of the status conference in this matter scheduled for July 8, 2022. (Dkt. No. 18.) Defense counsel also consents to an exclusion of time under the Speedy Trial Act until the next adjournment. (Id.)

  It is hereby ordered that the conference scheduled for July 8, 2022, is adjourned to August 12, 2022, at 10:00 a.m. It is further ordered that time until August 12, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:  New York, New York
     June 27, 2022

                 _____
                 Victor Marrero
                 U.S.D.J.