USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_10/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                  Plaintiff,

       - against -

IYUNDAH POWELL,

                 Defendant.

---

**21 Crim. 792 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for October 21, 2022, be adjourned. (Dkt. No. 22.) The conference shall be adjourned to November 18, 2022, at 3:00 p.m.

It is hereby ordered that time until November 18, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     19 October 2022
        New York, New York

_____
       Victor Marrero
       U.S.D.J.

1