USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

                 - v. -           :

IYUNDAH POWELL,                   :

                 Defendant.       :

- - - - - - - - - - - - - - - x

**ORDER**

21 CR 792 (VM)

        WHEREAS, with the defendant's consent, his guilty plea
allocution was made before a United States Magistrate Judge on
November 17, 2022;

        WHEREAS, a transcript of the allocution was made and
thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has
determined that the defendant entered the guilty plea knowingly
and voluntarily and that there was a factual basis for the guilty
plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is
accepted.

SO ORDERED:

Dated:    New York, New York
          November 29, 2022

          _____
          THE HONORABLE VICTOR MARRERO
          UNITED STATES DISTRICT JUDGE