```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

IYUNDAH POWELL,

                Defendant.

**21 Crim. 792 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant and consent of the Government, the sentencing hearing scheduled for February 24, 2023, is hereby adjourned until March 31, 2023, at 1:30 p.m.

**SO ORDERED.**

Dated:    23 December 2022
             New York, New York

                                    _____
                                          Victor Marrero
                                            U.S.D.J.