USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

          - against -

IYUNDAH POWELL,

                    Defendant.

**21 Crim. 792 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of the Defendant and consent of the Government, the sentencing hearing scheduled for March 31, 2023, is hereby adjourned until May 12, 2023, at 3:00 p.m.

**SO ORDERED.**

Dated:    28 February 2023
          New York, New York

_____
          Victor Marrero
          U.S.D.J.