**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

UNITED STATES OF AMERICA,

                              Plaintiff,

               - against -

IYUNDAH POWELL,

                              Defendant.

**21 Cr. 792 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing of defendant is hereby rescheduled from May 12, 2023, at 3:00 p.m. to May 12, 2023, at 12:00 p.m.


**SO ORDERED.**

Dated:     11 May 2023
           New York, New York

_____
                Victor Marrero
                  U.S.D.J.